In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00343-CR
NO. 09-14-00344-CR
_____

DELTON DAVIS
A/K/A DELTON RAY DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause Nos. 13-17590, 13-17591

## MEMORANDUM OPINION

On August 11, 2014, the trial court sentenced appellant Delton Davis a/k/a Delton Ray Davis on two convictions for aggravated assault. Davis filed a notice of appeal in both cases on August 15, 2014. The district clerk has provided the trial court's certifications to the Court of Appeals. The trial court certified that the defendant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On August 19, 2014, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. No response has been filed. Because the records do not contain certifications that show the defendant has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 23, 2014
Opinion Delivered September 24, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.